## Davison et al., Appellants, *v.* Mount Lebanon Township School District.

Argued November 11, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

reargument refused January 4, 1971.

*Guy L. Warman*, with him *Henry G. Beamer, III*, and *Metz, Cook, Hanna & Kelly*, for appellants.

*Donald C. Bush*, with him *Philip A. Faix, Jr.*, and *Griggs, Moreland, Blair & Anderson*, for appellees.

OPINION PER CURIAM, November 12, 1970:
Decree affirmed. Appellants to pay costs.